**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: ) | |
| REMOVAL OF HIGHLY SENSITIVE ) | GENERAL ORDER 2021-1 |
| INFORMATION FROM EXISTING ) | |
| CASES ) | |

    Pursuant to Standing Order 2021-01, Procedures for Filing Highly Sensitive Documents, the Court, on its own motion, orders the clerk of court to remove all documents found in any case listed in the attached Exhibit A from the CM/ECF system. The documents shall be separately labeled and placed in the Court's vault in Kansas City.

    These restrictions shall remain in effect and the documents listed in Exhibit A shall not be refiled in CM/ECF until the Court orders otherwise.

    It is so ORDERED.

    Dated this 3rd day of March 2021.

                                                             s/Julie A. Robinson
                                                             JULIE A ROBINSON, CHIEF JUDGE
                                                             UNITED STATES DISTRICT COURT

# Exhibit A
## General Order 2021-1, Removal of Highly Sensitive Information from Existing Cases

| Case No. | Order Type | Title | USC Code | Date Order to Seal Signed | Amended Order Signed |
|---|---|---|---|---|---|
| 18-cm-08164-TJJ | SW | 18 | 2705(b) | 10/18/2018 | |
| 18-cm-80121-JPO | All Writs | 28 | 1651(a) | 9/26/2018 | |
| 18-cm-80128-DDC/TJJ | 2703(d) | 18 | 2703(d) | 9/28/2018 | |
| 18-cm-80129-CM/TJJ | 2703(d) | 18 | 2703(d) | 9/28/2018 | |
| 18-cm-80144-JAR/JPO | 2703(d) | 18 | 2703(d) | 10/15/2018 | |
| 18-cm-80145-CM/TJJ | 2703(d) | 18 | 2703(d) | 10/18/2018 | |
| 18-cm-80146-JWL/TJJ | 2703(d) | 18 | 2703(d) | 10/18/2018 | 10/23/2018 |
| 18-cm-80147-DDC/TJJ | 2703(d) | 18 | 2703(d) | 10/18/2018 | 10/23/2018 |
| 18-mj-08190-TJJ | SW | 18 | 2705(b) | 12/10/2018 | |
| 18-mj-08191-TJJ | SW | 18 | 2705(b) | 12/10/2018 | |
| 18-mj-08192-TJJ | SW | 18 | 2705(b) | 12/10/2018 | |
| 18-mj-08193-TJJ | SW | 18 | 2705(b) | 12/10/2018 | |
| 18-mj-08194-TJJ | SW | 18 | 2705(b) | 12/10/2018 | |
| 18-mj-8155-TJJ | SW | 18 | 2705(b) | 8/11/2018 | |
| 18-mj-8197-JPO | SW | 18 | 2705(b) | 3/21/2019 | |
| 19-cm-80003-TJJ | Pen | 18 | 3123(d)(1) | 1/15/2019 | 2/19/2019 |
| 19-cm-80131-JPO | 2703(d) | 18 | 2703(d) | 4/9/2019 | |
| 19-cm-80132-TJJ | 2703(d) | 18 | 2703(d) | 4/16/2019 | |
| 19-cm-80143-JPO | 2703(d) | 18 | 2703(d) | 4/16/2019 | |
| 19-cm-80144-TJJ | 2703(d) | 18 | 2703(d) | 4/17/2019 | |
| 19-cm-80145-JPO | 2703(d) | 18 | 2703(d) | 4/16/2019 | |
| 19-cm-80146-JPO | 2703(d) | 18 | 2703(d) | 4/16/2019 | |
| 19-cm-80161-JPO | 2703(d) | 18 | 2703(d) | 4/24/2019 | |
| 19-cm-80162-JPO | 2703(d) | 18 | 2703(d) | 4/24/2019 | |
| 19-cm-80201-JPO | 2703(d) | 18 | 2703(d) | 6/7/2019 | |
| 19-cm-80202-TJJ | 2703(d) | 18 | 2703(d) | 6/11/2019 | |
| 19-cm-80203-TJJ | 2703(d) | 18 | 2703(d) | 6/11/2019 | |
| 19-cm-80204-TJJ | 2703(d) | 18 | 2703(d) | 6/11/2019 | |
| 19-cm-80205-JPO | 2703(d) | 18 | 2703(d) | 6/7/2019 | |
| 19-cm-80256-JPO | Pen | 18 | 3123(d)(1) | 8/16/2019 | |
| 19-cm-80257-TJJ | Pen | 18 | 3123(d)(1) | 8/16/2019 | |
| 19-cm-80271-JPO | Pen | 18 | 3123(d)(1) | 8/27/2019 | |
| 19-cm-80282-JPO | 2703(d) | 18 | 2703(d) | 9/5/2019 | |
| 19-cm-80313-TJJ | 2703(d) | 18 | 2703(d) | 10/15/2019 | |
| 19-cm-80314-JPO | 2703(d) | 18 | 2703(d) | 10/15/2019 | |
| 19-cm-80316-JPO | 2703(d) | 18 | 2703(d) | 10/15/2019 | |
| 19-cm-80317-JPO | 2703(d) | 18 | 2703(d) | 10/15/2019 | |
| 19-cm-80318-JPO | 2703(d) | 18 | 2703(d) | 10/15/2019 | |
| 19-cm-80319-TJJ | 2703(d) | 18 | 2703(d) | 10/17/2019 | |
| 19-cm-80320-JPO | 2703(d) | 18 | 2703(d) | 10/17/2019 | 10/24/2019 |
| 19-cm-80321-JPO | 2703(d) | 18 | 2703(d) | 10/17/2019 | |
| 19-cm-80322-JPO | 2703(d) | 18 | 2703(d) | 10/17/2019 | |
| 19-cm-80335-JPO | 2703(d) | 18 | 2703(d) | 10/18/2019 | |
| 19-cm-80343-JPO | Pen | 18 | 3123(d)(1) | 11/18/2019 | |
| 19-cm-80353-TJJ | 2703(d) | 18 | 2703(d) | 12/11/2019 | |

# Exhibit A
## General Order 2021-1, Removal of Highly Sensitive Information from Existing Cases

| Case No. | Order Type | Title | USC Code | Date Order to Seal Signed | Amended Order Signed |
|---|---|---|---|---|---|
| 19-cm-80354-JPO | 2703(d) | 18 | 2703(d) | 12/6/2019 | 1/27/2020 |
| 19-cm-80355-JPO | 2703(d) | 18 | 2703(d) | 12/6/2019 | |
| 19-cm-80356-JPO | 2703(d) | 18 | 2703(d) | 12/16/2019 | |
| 19-mj-8005-JPO | SW | 18 | 2705(b) | 1/11/2019 | |
| 19-mj-8009-JPO | SW | 18 | 2705(b) | 1/22/2019 | |
| 19-mj-8021-JPO | SW | 18 | 2705(b) | 2/4/2019 | |
| 19-mj-8022-JPO | SW | 18 | 2705(b) | 2/4/2019 | |
| 19-mj-8023-JPO | SW | 18 | 2705(b) | 2/4/2019 | |
| 19-mj-8024-TJJ | SW | 18 | 2705(b) | 2/4/2019 | |
| 19-mj-8025-JPO | SW | 18 | 2705(b) | 2/4/2019 | |
| 19-mj-8026-TJJ | SW | 18 | 2705(b) | 2/4/2019 | |
| 19-mj-8027-TJJ | SW | 18 | 2705(b) | 2/6/2019 | |
| 19-mj-8029-JPO | SW | 18 | 2705(b) | 2/4/2019 | |
| 19-mj-8087-JPO | SW | 18 | 2705(b) | 4/11/2019 | |
| 19-mj-8122-TJJ | SW | 18 | 2705(b) | 6/5/2019 | |
| 19-mj-8123-TJJ | SW | 18 | 2705(b) | 6/5/2019 | |
| 19-mj-8124-TJJ | SW | 18 | 2705(b) | 6/5/2019 | |
| 19-mj-8178-JPO | SW | 18 | 2705(b) | 8/8/2019 | |
| 20-cm-80008-TJJ | 2703(d) | 18 | 2703(d) | 1/9/2020 | |
| 20-cm-80120-DDC | 2703(d) | 18 | 2703(d) | 3/11/2020 | |
| 20-cm-80122-JPO | 2703(d) | 18 | 2703(d) | 4/30/2020 | |
| 20-cm-80123-JPO | 2703(d) | 18 | 2703(d) | 4/30/2020 | |
| 20-cm-80124-TJJ | 2703(d) | 18 | 2703(d) | 4/30/2020 | |
| 20-cm-80126-TJJ | 2703(d) | 18 | 2703(d) | 5/5/2020 | |
| 20-cm-80297-JPO | NDO | 18 | 2705(b) | 9/28/2020 | |
| 20-cm-80300-TJJ | NDO | 18 | 2705(b) | 9/29/2020 | |
| 20-cm-80301-JPO | NDO | 18 | 2705(b) | 9/29/2020 | |
| 20-cm-80302-JPO | NDO | 18 | 2705(b) | 9/29/2020 | |
| 20-cm-80303-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80304-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80305-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80306-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80307-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80308-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80309-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80310-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80311-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80312-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80313-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80314-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80315-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80316-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80317-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80318-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80319-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |

## Exhibit A
## General Order 2021-1, Removal of Highly Sensitive Information from Existing Cases

| Case No. | Order Type | Title | USC Code | Date Order to Seal Signed | Amended Order Signed |
|---|---|---|---|---|---|
| 20-cm-80320-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80321-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80322-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80323-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80324-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80325-JPO | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80326-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80327-TJJ | NDO | 18 | 2705(b) | 9/30/2020 | |
| 20-cm-80334-JPO | NDO | 18 | 2705(b) | 10/6/2020 | |
| 20-cm-80335-TJJ | NDO | 18 | 2705(b) | 10/6/2020 | |
| 20-cm-80336-TJJ | NDO | 18 | 2705(b) | 10/6/2020 | |
| 20-cm-80337-TJJ | Pen | 18 | 3123(d)(1) | 10/14/2020 | Extended 12/10/20 |
| 20-cm-80356-TJJ | 2703(d) | 18 | 2703(d) | 10/20/2020 | |
| 20-cm-80357-JPO | 2703(d) | 18 | 2703(d) | 10/20/2020 | |
| 20-cm-80358-TJJ | 2703(d) | 18 | 2703(d) | 10/20/2020 | |
| 20-cm-80359-TJJ | 2703(d) | 18 | 2703(d) | 10/20/2020 | |
| 20-cm-80360-TJJ | 2703(d) | 18 | 2703(d) | 10/20/2020 | |
| 20-cm-80363-JPO | NDO | 18 | 2705(b) | 10/16/2020 | |
| 20-cm-80364-JPO | NDO | 18 | 2705(b) | 10/16/2020 | |
| 20-cm-80365-JPO | NDO | 18 | 2705(b) | 10/16/2020 | |
| 20-cm-80366-JPO | NDO | 18 | 2705(b) | 10/16/2020 | |
| 20-cm-80367-TJJ | NDO | 18 | 2705(b) | 10/16/2020 | |
| 20-cm-80368-JPO | NDO | 18 | 2705(b) | 10/16/2020 | |
| 20-cm-80369-JPO | NDO | 18 | 2705(b) | 10/19/2020 | |
| 20-cm-80370-TJJ | NDO | 18 | 2705(b) | 10/19/2020 | |
| 20-cm-80371-TJJ | NDO | 18 | 2705(b) | 10/19/2020 | |
| 20-cm-80372-JPO | NDO | 18 | 2705(b) | 10/19/2020 | |
| 20-cm-80373-TJJ | NDO | 18 | 2705(b) | 10/19/2020 | |
| 20-cm-80374-JPO | NDO | 18 | 2705(b) | 10/19/2020 | |
| 20-cm-80375-JPO | NDO | 18 | 2705(b) | 10/19/2020 | |
| 20-cm-80376-TJJ | NDO | 18 | 2705(b) | 10/19/2020 | |
| 20-cm-80379-JPO | NDO | 18 | 2705(b) | 10/20/2020 | |
| 20-cm-80381-JPO | NDO | 18 | 2705(b) | 10/21/2020 | |
| 20-cm-80382-JPO | NDO | 18 | 2705(b) | 10/21/2020 | |
| 20-cm-80383-JPO | 2703(d) | 18 | 2703(d) | 10/21/2020 | |
| 20-cm-80384-TJJ | 2703(d) | 18 | 2703(d) | 10/21/2020 | |
| 20-cm-80385-JPO | 2703(d) | 18 | 2703(d) | 10/21/2020 | |
| 20-cm-80386-JPO | 2703(d) | 18 | 2703(d) | 10/21/2020 | |
| 20-cm-80387-TJJ | 2703(d) | 18 | 2703(d) | 10/21/2020 | |
| 20-cm-80388-JPO | 2703(d) | 18 | 2703(d) | 10/21/2020 | |
| 20-cm-80389-JPO | 2703(d) | 18 | 2703(d) | 10/21/2020 | |
| 20-cm-80391-JPO | 2703(d) | 18 | 2703(d) | 10/22/2020 | |
| 20-cm-80392-TJJ | 2703(d) | 18 | 2703(d) | 10/22/2020 | |
| 20-cm-80393-JPO | 2703(d) | 18 | 2703(d) | 10/22/2020 | |
| 20-cm-80394-TJJ | 2703(d) | 18 | 2703(d) | 10/22/2020 | |

# Exhibit A
## General Order 2021-1, Removal of Highly Sensitive Information from Existing Cases

| Case No. | Order Type | Title | USC Code | Date Order to Seal Signed | Amended Order Signed |
|---|---|---|---|---|---|
| 20-cm-80395-TJJ | 2703(d) | 18 | 2703(d) | 10/22/2020 | |
| 20-cm-80396-TJJ | 2703(d) | 18 | 2703(d) | 10/22/2020 | |
| 20-cm-80397-JPO | 2703(d) | 18 | 2703(d) | 10/22/2020 | |
| 20-cm-80398-JPO | NDO | 18 | 2705(b) | 10/22/2020 | |
| 20-cm-80404-JPO | NDO | 18 | 2705(b) | 10/26/2020 | |
| 20-cm-80405-TJJ | 2703(d) | 18 | 2703(d) | 10/28/2020 | |
| 20-cm-80420-TJJ | NDO | 18 | 2705(b) | 11/3/2020 | |
| 20-cm-80421-TJJ | NDO | 18 | 2705(b) | 11/3/2020 | |
| 20-cm-80422-TJJ | 2703(d) | 18 | 2703(d) | 11/4/2020 | |
| 20-cm-80425-TJJ | NDO | 18 | 2705(b) | 11/9/2020 | |
| 20-mj-8027-JPO | SW | 18 | 2705(b) | 2/10/2020 | |
| 20-mj-8028-TJJ | SW | 18 | 2705(b) | 2/10/2020 | |
| 20-mj-8029-TJJ | SW | 18 | 2705(b) | 2/10/2020 | |
| 20-mj-8030-JPO | SW | 18 | 2705(b) | 2/10/2020 | |
| 20-mj-8031-TJJ | SW | 18 | 2705(b) | 2/10/2020 | |
| 20-mj-8058-TJJ | SW | 18 | 2705(b) | 3/9/2020 | |
| 20-mj-8072-JPO | SW | 18 | 2705(b) | 3/11/2020 | |
| 20-mj-8094-TJJ | SW | 18 | 2705(b) | 4/10/2020 | |
| 20-mj-8101-TJJ | SW | 18 | 2705(b) | 4/22/2020 | |
| 20-mj-8172-JPO | SW | 18 | 2705(b) | 4/5/2020 | |
| 20-mj-8257-JPO | SW | 18 | 2705(b) | 10/30/2020 | |