19-8056
19-8057
19-8058
19-8059
19-8060
19-8061
19-8140
19-8141
19-8142
19-8143
19-8144
19-8145
19-8146
19-8147
19-8191
19-8193
19-8194
19-8192
19-8195
19-8196
19-8209
19-8210
19-8211
19-8212
19-8224
19-8225
19-8226
19-8227
19-8228
19-8229
19-8230
19-8231
19-8232
19-8233
19-8252
19-8253
19-8254
19-8255
19-8256
19-8257
19-8258
19-8259